IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARSBIA VAN TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:07-CV-1315-RRA ) |
| SERGEANT McSWAIN, CAPTAIN RICHBURG, CAPTAIN GORDY, CAPTAIN JOE TEW, WARDEN JONES, and WARDEN G. CULLIVER, | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 27, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) The plaintiff filed objections to the report and recommendation on March 14, 2008, which present nothing new.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 26th day of March, 2008.

**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**